SLIP OPINION

Cite as 2015 Ark. App. 7

# ARKANSAS COURT OF APPEALS

DIVISION III
**No.** CR-14-385

| | | |
|---|---|---|
| DEWAYNE BROWN | | **Opinion Delivered** January 14, 2015 |
| | APPELLANT | |
| | | APPEAL FROM THE CRITTENDEN |
| V. | | COUNTY CIRCUIT COURT |
| | | [NO. CR–09-809] |
| | | |
| STATE OF ARKANSAS | | HONORABLE JOHN N. |
| | APPELLEE | FOGLEMAN, JUDGE |
| | | |
| | | AFFIRMED; MOTION GRANTED |

## RITA W. GRUBER, Judge

Appellant Dewayne Brown entered a plea of guilty to residential burglary and theft of property on August 28, 2009, and he was sentenced to five years' probation. On November 23, 2010, his probation was revoked, and he was sentenced to forty-eight months' probation. The State filed a petition to revoke appellant's probation on December 28, 2012, alleging that he violated the conditions thereof by failing to pay fines, costs, and fees; failing to report to probation; failing to pay probation fees; failing to notify the sheriff and probation officer of current address and employment; and possessing and using marijuana and cocaine. After a hearing, the trial court found that appellant had violated the conditions of his probation by failing to report to his probation officer as directed and sentenced him to five years in the Arkansas Department of Correction.

Pursuant to Arkansas Supreme Court Rule 4-3(k) and *Anders v. California*, 386 U.S. 738 (1967), appellant's counsel has filed a motion to withdraw, stating that there is no merit

SLIP OPINION

to an appeal. The motion is accompanied by an abstract and addendum of the proceedings below and a brief in which counsel explains why there is nothing in the record that would support an appeal. The court's decision to revoke was the only adverse ruling. The clerk of this court served appellant with a copy of counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no pro se points.

From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k) and that there is no merit to an appeal. Accordingly, we affirm the order of revocation and grant defense counsel's motion to withdraw.

Affirmed; motion granted.

GLOVER and WHITEAKER, JJ., agree.

*C. Brian Williams*, for appellant.

No response.